IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:97CV469-P

FILED
CHARLOTTE, N.C.

DEC 27 2000

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| GINA NICHOLS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CALIDO CHILE TRADERS SYSTEMS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court pursuant to a letter from Bradley R. Kutrow, Esq., dated December 22, 2000, advising the Court of the status of this case.

Because of the impending retirement of the undersigned on December 31, 2000, the Court will direct the Clerk to reassign the above matter to another judge for disposition after the conclusion of the bankruptcy proceeding which stayed this action on October 30, 1997.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk **REASSIGN** this case to another judge in this District.

This the 27th day of December, 2000.

ROBERT D. POTTER, SENIOR
UNITED STATES DISTRICT JUDGE

United States District Court
for the
Western District of North Carolina
December 29, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:97-cv-00469

True and correct copies of the attached were mailed by the clerk to the following:

    Clayton E. Dickey, Esq.
    Rasmussen & Barton, L.L.C.
    21 W. 43rd Street
    Kansas City, MI  64111

    Bradley R. Kutrow, Esq.
    Smith Helms Mulliss & Moore, L.L.P
    P. O. Box 31247
    Charlotte,   28231-1247

    David D. Ferguson, Esq.
    McDowell, Rice & Smith, P.C.
    1300 Twelve Wyandotte Plaza
    120 West 12th St.
    Kansas City, MO  64105

    David D. Ferguson, Esq.
    McDowell Rice Smith & Garr
    605 W. 47th Street, Ste. 350
    Kansas City, MO  64112

    Steven D. Gardner, Esq.
    Womble, Carlyle, Sandridge & Rice
    301 S. College St.
    3300 One First Union Center
    Charlotte, NC  28202-6025

    Joseph G. Matye, Esq.
    Shook, Hardy & Bacon, LLP
    One Kansas City Place
    1200 Main Street
    Kansas City, MO  64105-2118

```
cc:
Judge                        ( )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Court Reporter               ( )
Courtroom Deputy             ( )
Orig-Security                ( )
Bankruptcy Clerk's Ofc.      ( )
Other_____        ( )
```

Date: 12-29-00

Frank G. Johns, Clerk
By: *Wallace*
Deputy Clerk