IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97CV469-MU

| | | |
|---|---|---|
| GINA NICHOLS, ERIN MOLLOZZI, and JOHN MOLLOZZI, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| CALIDO CHILE TRADERS SYSTEMS, LARRY CHILDERS, and DEE CHILDERS, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon its own motion. This case was recently reassigned to the undersigned. It appears to the court that a pretrial order was entered in this case on March 4, 1998 setting a discovery deadline of December 4, 1998. No further activity has occurred in this matter since that time.

IT IS THEREFORE ORDERED that the parties are directed to confer and advise the court in writing as to the status of this case within fourteen days of the date of entry of this Order.

This ___ day of February, 2001.

Graham C. Mullen
Chief United States District Court Judge

pab

United States District Court
for the
Western District of North Carolina
February 9, 2001

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:97-cv-00469


True and correct copies of the attached were mailed by the clerk to the following:

    Clayton E. Dickey, Esq.
    Rasmussen & Barton, L.L.C.
    21 W. 43rd Street
    Kansas City, MI  64111

    Bradley R. Kutrow, Esq.
    Smith Helms Mulliss & Moore, L.L.P
    P. O. Box 31247
    Charlotte,   28231-1247

    David D. Ferguson, Esq.
    McDowell Rice Smith & Garr
    605 W. 47th Street, Ste. 350
    Kansas City, MO  64112

    Steven D. Gardner, Esq.
    Womble, Carlyle, Sandridge & Rice
    301 S. College St.
    3300 One First Union Center
    Charlotte, NC  28202-6025

    Joseph G. Matye, Esq.
    Shook, Hardy & Bacon, LLP
    One Kansas City Place
    1200 Main Street
    Kansas City, MO  64105-2118

cc:
Judge                       ( )
Magistrate Judge            ( )
U.S. Marshal                ( )
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Court Reporter              ( )
Courtroom Deputy            ( )
Orig-Security               ( )
Bankruptcy Clerk's Ofc.     ( )
Other_____     ( )

Date: 2/14/01

Frank G. Johns, Clerk
By: _____
     Deputy Clerk