IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

FILED
CHARLOTTE, N.C.

03 JUL 10 PM 3: 36

U.S. DISTRICT COURT
W. DIST. OF N.C.

GINA NICHOLS,  )
ERIN MOLLOZZI, and  )
JOHN MOLLOZZI,  )
    Plaintiffs  )
  )
vs.  )  Case No. 3:97-00469-MU
  )  469
CALIDO CHILE TRADERS SYSTEMS, INC.,  )
LARRY CHILDERS,  )
DEE CHILDERS, and  )
VENTURE DEVELOPMENT CORPORATION,  )
    Defendants.  )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that all of Plaintiffs' claims are hereby dismissed, without prejudice. Each party will bear its own costs.

This 10th day of ~~June~~ July, 2003.

*Bradley R. Kutrow* (signature)
Bradley R. Kutrow
N.C. State Bar No. 13851
HELMS MULLISS & WICKER, PLLC
P.O. Box 31247
Charlotte, NC 28231-1247
Telephone: (704) 343-2000
    *and*
Clayton E. Dickey
RASMUSSEN & BARTON, L.L.C.
21 W. 43rd Street
Kansas City, Missouri 64111
Phone: (816) 360-1711
Fax: (816) 960-1669

*Attorneys for Plaintiffs Gina Nichols, Erin Mollozzi, and John Mollozzi*

Charlotte 576460.1

Hugh L. Marshall
The Skelly Building
605 West 47th Street, Suite 350
Kansas City, Missouri 64112
*Attorney for Defendant*
*Calido Chile Traders*


Mark Moedritzer
Shook Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
*Attorney for Defendants*
*Larry Childers, Dee Childers and*
*Venture Development Corporation*

Charlotte 576460.1

_____
Hugh L. Marshall
The Skelly Building
605 West 47th Street, Suite 350
Kansas City, Missouri 64112
*Attorney for Defendant*
*Calido Chile Traders*


_____
Mark Moedritzer
Shook Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
*Attorney for Defendants*
*Larry Childers, Dee Childers and*
*Venture Development Corporation*

Charlotte 576460.1