# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

U.S. DISTRICT COURT
W. DIST. OF N.C.

|  |  |  |
|---|---|---|
| GINA NICHOLS, et al | ) | |
| Plaintiffs(s) | ) | Case No.3:97-cv-469 |
| vs. | ) | |
| | ) | ORDER |
| CALIDO CHILE TRADERS SYSTEMS, INC., et al | ) | |
| Defendant(s) | ) | |

This matter is before the Court sua sponte pursuant to the August 21, 2003 Administrative Order governing the reassignment of pending civil cases.

IT IS, THEREFORE, ORDERED that the referral of this action to the U.S. Magistrate Judge is hereby stricken; and, it is further ordered that this civil action is administratively reassigned to the Honorable H. Brent McKnight.

This the 27th day of August, 2003.

GRAHAM C. MULLEN
Chief, United States District Judge

```
                                                                    rlb
                    United States District Court
                            for the
                 Western District of North Carolina
                         August 28, 2003


                 * * MAILING CERTIFICATE OF CLERK * *


Re:  3:97-cv-00469



True and correct copies of the attached were mailed by the clerk to the
following:

        Clayton E. Dickey, Esq.
        Rasmussen & Barton, L.L.C.
        21 W. 43rd Street
        Kansas City, MI  64111

        Bradley R. Kutrow, Esq.
        Helms, Mulliss & Wicker, PLLC
        P. O. Box 31247
        Charlotte, NC  28231-1247

        David D. Ferguson, Esq.
        McDowell Rice Smith & Garr
        605 W. 47th Street, Ste. 350
        Kansas City, MO  64112

        Hugh L. Marshall, Esq.
        McDowell Rice Smith & Gaar
        605 West 47th Street
        Suite 350
        Kansas City, MO  64112

        Steven D. Gardner, Esq.
        Womble, Carlyle, Sandridge & Rice
        3300 One Wachovia Center
        301 South College St.
        Charlotte, NC  28202-6025

        Joseph G. Matye, Esq.
        Shook, Hardy & Bacon, LLP
        One Kansas City Place
        1200 Main Street
        Kansas City, MO  64105-2118
```

cc:
Judge                     ( )
Magistrate Judge          ( )
U.S. Marshal              ( )
Probation                 ( )
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Court Reporter            ( )
Courtroom Deputy          ( )
Orig-Security             ( )
Bankruptcy Clerk's Ofc.   ( )
Other_____      ( )


Date: _8-28-03_

Frank G. Johns, Clerk

By: _____
    Deputy Clerk